Craig Borison, Esq. (SBN 248387)
Borison Law
468 N Camden Dr
Ste 200-90416
Beverly Hills, CA 90210
Tel: (818) 256-5449
craig@borisonlaw.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KENNETH WONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>BOB'S DISCOUNT FURNITURE LLC,<br><br>Defendant | Case No. 2:22-cv-04220-DSF-JEM<br><br>Hon. Dale S. Fischer<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 24, 2024

                                            Respectfully submitted,

                                            /s/ Craig Borison
                                            Craig Borison, Esq. (SBN 248387)
                                            Borison Law
                                            468 N Camden Dr
                                            Ste 200-90416
                                            Beverly Hills, CA 90210
                                            Tel: (818) 256-5449
                                            craig@borisonlaw.com

                                            *Counsel for Plaintiff and the Proposed Class*